# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BROWN, | Case No. 1:13-cv-01122-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| U.S. DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION, | **(Doc. 1)** |
| Defendant. | **ORDER DIRECTING THE CLERK OF COURT TO MAIL CONSENT FORM** |

_____/

Plaintiff Leonard Brown ("Plaintiff") is a prisoner proceeding pro se and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by Section 1915(a), and the request to proceed *in forma pauperis* is GRANTED. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The Warden of Taft Correctional Institution or his designee is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Additionally, the Clerk of the Court shall mail to Plaintiff a Consent to Magistrate Jurisdiction Form. Plaintiff shall complete the form and advise the Court whether or not he will consent to Magistrate Judge jurisdiction **within 30 days of the date of this order**.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Warden of Taft Correctional Institution or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;
3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Warden of Taft Correctional Institution via the electronic case filing system (CM/ECF);
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division; and
5. The Clerk of the Court is directed to mail a Consent to Magistrate Jurisdiction Form to Plaintiff.

IT IS SO ORDERED.

Dated: **August 6, 2013**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE