# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION<br><br>  Defendant.<br>_____/ | Case No.  1:13-cv-01122-LJO-SKO<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO OBTAIN NOTICE OF SERVICE** |

On December 19, 2013, Plaintiff filed a "Motion to Obtain Notice of Service Copy from the United States Marshal[']s Service. (Doc. 8.) Plaintiff seeks a copy of the executed summons to "determine whether the defendants have been served with the summons and complaint, and if not to determine whether there has [sic] been any difficulties in effective service of process." (Doc. 8.)

On January 17, 2014, the U.S. Marshal filed an executed summons indicating that the U.S. Department of Justice had been served on November 21, 2013, and an answer was filed by the U.S. Department of Justice, Drug Enforcement Administration on January 21, 2014.  As service of the complaint has been completed and Defendant has filed an answer, Plaintiff's motion is moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   **January 30, 2014**              /s/ Sheila K. Oberto
                             UNITED STATES MAGISTRATE JUDGE