# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BROWN, | Case No. 1:13-cv-01122-LJO-SKO |
| Plaintiff, | **ORDER STRICKING REPLY TO ANSWER** |
| v. | (Doc. 13) |
| U.S. DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION, | |
| Defendant. | |
| _____/ | |

Plaintiff Leonard Brown, a federal prisoner proceeding pro se and in forma pauperis, filed this action pursuant to 5 U.S.C. § 552(a)(4)(B) on July 19, 2013. This action is proceeding against Defendant U.S. Department of Justice, Drug Enforcement Administration for a claim pursuant to the Freedom of Information Act. Defendant filed an answer on January 21, 2014. (Doc. 10.)

On January 30, 2014, Plaintiff filed a reply to Defendant's answer. Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a)(7). In this case, the Court did not order a reply to the answer.

Accordingly, Plaintiff's reply to the answer, filed on January 30, 2014, is STRICKEN from the record.

IT IS SO ORDERED.

Dated:  __**February 5, 2014**__                    _____**/s/ Sheila K. Oberto**_____
                                                                  UNITED STATES MAGISTRATE JUDGE