IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BROWN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADNINISTRATION,<br><br>　　　　　　Defendant. | CASE NO.  1:13-CV-001122-LJO-SKO<br><br>**ORDER EXTENDING TIME**<br><br>DATE: None; see L.R. 230(l)<br>TIME:  None; see L.R. 230(l)<br>CTRM: None; see L.R. 230(l) |

　　On August 18, 2014, Defendants filed a motion to extend time to oppose the plaintiff's motion to compel discovery.

　　Good cause appearing to extend the response deadline,  IT IS HEREBY ORDERED that Defendants shall file a response to Plaintiff's motion to compel by no later than **September 8, 2014**.

IT IS SO ORDERED.

　　Dated:　**August 20, 2014**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER EXTENDING TIME　　　　　　　　　　　　　　　　　　　　　　　　　　1