# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LEONARD BROWN,

      Plaintiff,

  v.

U.S. DEPARTMENT OF JUSTICE, DRUG
ENFORCEMENT ADMINISTRATION,

      Defendant.

_____/

Case No. 1:13-cv-01122-LJO-SKO

**ORDER GRANTING DEFENDANT'S
REQUEST FOR AN EXTENSION OF
TIME TO FILE AN OPPOSITION TO
PLAINTIFF'S CROSS MOTION FOR
SUMMARY JUDGMENT AND TO FILE A
REPLY IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

(Doc. 21)

On October 2, 2014, Defendant filed a motion for an extension of time to file a reply in support of its motion for summary judgment and to file an opposition to Plaintiff's cross-motion for summary judgment. Defendant asserts that declarations necessary to support its opposition and reply cannot be obtained until October 16, 2014. Defendant seeks an extension until October 24, 2014, to file its opposition and reply papers.

Accordingly, IT IS HEREBY ORDERED that

1.    Defendant's request for an extension of time is GRANTED; and

2.    Defendant shall submit its reply and opposition papers by no later than October 24, 2014.

IT IS SO ORDERED.

Dated:  **October 7, 2014**            **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE